**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| **CHARLOTTE A. EID,** *et al.*, | |
| **Plaintiffs,** | |
| v. | Civil Action No. DKC 10-0196 |
| **G. PETER PUSHKAS, M.D., P.C.,** *et al.*, | |
| **Defendants.** | |

**STIPULATION TO WAIVE SUPPLEMENTAL CERTIFICATES
OF QUALIFIED EXPERTS**

The parties have mutually agreed not to file supplemental certificates of qualified experts, pursuant to Md. Cts. & Jud. Proc. Code Ann. § 3-2A-06D(b)(1), at the close of discovery, and they hereby waive all rights they have to pursue any motion or relief for any failure to file such certificates.

Respectfully submitted,

| | |
|---|---|
| **KARP, FROSH, LAPIDUS, WIGODSKY & NORWIND, P.A.** | **HEFFLER, UHL & TAYLOR** |
| /s/ | /s/ |
| Edward L. Norwind, Esq., #08858 | James M. Heffler, Esq., #02952 |
| lnorwind@karpfrosh.com | Jim.heffler.hutlaw@verizon.net |
| J. Philip Kessel, Esq., #02008 | G. Branch Taylor, Esq., #013568 |
| pkessel@karpfrosh.com | Branch.Taylor.hutlaw@verizon.net |
| Murray D. Scheel, Esq., #28070 | Diane M. Uhl, Esq. |
| mscheel@karpfrosh.com | dianeuhl@yahoo.com |
| | |
| 2273 Research Blvd., Suite 200 | 8401 Connecticut Avenue, Suite 501 |
| Rockville, Maryland  20850 | Chevy Chase, Maryland  20815 |
| 301-948-3800 – phone | 240-497-1999 – phone |
| 301-948-5449 – fax | 240-497-1886 – fax |
| *Counsel for Plaintiffs* | *Counsel for the Defendants* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing *Stipulation to Waive Supplemental Certificates of Qualified Experts* was served via electronic filing this **24th** day of August, 2010, on G. Branch Taylor, Esq., James M. Heffler, Esq., Diane M. Uhl, Esq., Heffler, Uhl & Taylor, 8401 Connecticut Avenue, Suite 501, Chevy Chase, Maryland 20815, *Counsel for Defendants.*

/s/*Murray D. Scheel*
Murray D. Scheel